Margaret M. McCarthy, appellee, v. William J. McCarthy, appellant. Gen. No. 27,109.

Action for separate maintenance. (Former opinion, see 219 Ill. App. 369.) Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Joseph Sabath and Hon. Charles M. Foell, Judges, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed June 27, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Montgomery, Hart & Smith, for appellant; Louis E. Hart and Irving Herriott, of counsel. McCormick, Kirkland, Patterson &

Fleming and Reeve & Vinissky, for appellee; Perry S. Patterson, of counsel.

Mr. Justice Barnes delivered the opinion of the court.